615 A.2d 338

Claire A. CURRAN and Robert Curran, h/w, Appellants,

v.

John and Conziglia FIORE, Anthony and Elena Fiore, Remigio and Ines Fiore, Mario and Teresa Fiore, individually and trading as a partnership, and M-3 Supermarkets, Inc. t/a West Chester Supermarkets and Joseph B. McFarland, Ruth E. McFarland, Francis H. Murray, Grace P. Murray, John C. Merion, Jr., and Evelyn P. Merion, individually and trading as a partnership.

Supreme Court of Pennsylvania.

Argued Oct. 22, 1992.

Decided Nov. 16, 1992.

George F. Schoener, Philadelphia, for appellants.

M. Cathleen Driscoll, Norristown, for The Fiore Family.

William H. Kinkead, Norristown, for The McFarlands, The Murrays, The Merions and M-3 Supermarkets.

Before NIX, C.J., and ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and FLAHERTY, JJ., did not participate in the consideration or decision of this case.

CAPPY, J., dissents and would reach the merits of the case.